# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50190 | **DATE** | 9/8/2005 |
| **CASE TITLE** | Bell, et al vs. Woodward Governor Co. | | |

**DOCKET ENTRY TEXT:**

For the reasons stated in the attached Memorandum Opinion and Order, and in the attached breakdown of interrogatories and responses, Defendant's August 24, 2005 Motion to Compel Plaintiffs to Provide Full and Complete Responses is granted in part and denied in part. Plaintiffs are ordered to supplement Interrogatories # 1, 2, and 5, and to respond anew to Interrogatories # 3 and 4 within twenty-one days of receipt of this Order. The court strikes Interrogatory #6 as overly burdensome.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|