# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50190 | **DATE** | 10/12/2005 |
| **CASE TITLE** | Bell, et al vs. Woodward Governor Co. | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Opinion and Order, Plaintiffs' September 19, 2005 Motion to Compel is granted in part and denied in part, though the court reserves ruling on Plaintiffs' Request 3 pending the seven day response period set by the court at the October 11, 2005 hearing. Plaintiffs' Motion to Bar Depositions not Presently Scheduled is denied without prejudice. Plaintiffs' Motion to Compel Production of Documents regarding Bobby Cates is denied without prejudice. Plaintiffs' Motion to Compel August 11, 2004 Interrogatories and Production Request Responses is denied without prejudice. Plaintiffs' September 14, 2005 Motion for Instructions regarding Previously Privileged Documents and Request for Protective Order is denied without prejudice. Defendant's Motion for Additional Time to Respond to Interrogatories regarding Affirmative Defenses is denied without prejudice. Defendant's Motion to Clarify March 3, 2005 Order and Allow Interrogatories to Absent Class Members is under advisement pending the seven day response period set by the court at the October 11, 2005 hearing; as is Defendant's Renewed Motion to Compel Answers to December 31, 2005 Interrogatories of Reconsideration of the Court's September 8, 2005 Order. The certification date is extended to December 9, 2005.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|