# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50190 | **DATE** | 1/30/2006 |
| **CASE TITLE** | Bell, et al vs. Woodward Governor Co. | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Plaintiffs' December 14, 2005 Motion to Compel a Response to their October 31, 2005 Interrogatory #3 is granted in part and denied in part. Defendant is ordered to respond to Interrogatory #3, sub-parts 1-10, by February 20, 2006.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|

03C50190 Bell, et al vs. Woodward Governor Co.                    Page 1 of 1