# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50190 | **DATE** | 2/17/2006 |
| **CASE TITLE** | Bell, et al vs. Woodward Governor Co. | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Plaintiffs' 1/17/06 Motion to Determine the Sufficiency of Responses to Request to Admit Facts is granted in part and denied in part. Defendant is given until February 28, 2006 to amend responses to Requests to Admit #'s 2, 3, 11, 12, 15-19, and 36.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|