# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50190<br>06 C 50178 | **DATE** | 2/16/2007 |
| **CASE TITLE** | Bell, et al. vs. Woodward Governor Company | | |

**DOCKET ENTRY TEXT:**

Fairness hearing held. The court affirms the awards of the EEOC. Plaintiffs' agreed motion [Document #626] for final approval of the fairness of the settlement, the amounts to be distributed, the arbitrated determination of attorney fees, and directing the provisions of the Consent Decree effective is granted. Enter Order. The court retains jurisdiction to enforce the Consent Decree.

Notices mailed by Judicial staff.

FILED

FEB 1 6 2007

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

FILED

FEB 1 6 2007

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

| | |
|---|---|
| **Demetric Bell, Marilyn Berry, Catherine Brown, Kimberly Buchanan, Gilberto Gonzalez, Della Jarrett, Timmy Link, Eddie Manning, Jr., Kim Nachampassack, Duane Parks, Brenda Riley, Darnel Royal, Robin Sallis, Velma Sanders, Barbara Smith, Tony Triplett and Janet Wilkins, individually and on behalf of similarly situated persons,** | |
| Private Plaintiffs, | Case No. 03 C 50190<br>Class Action |
| vs. | |
| **Woodward Governor Company,** | |
| Defendant. | **CONSOLIDATED** |
| **United States Equal Employment Opportunity Commission,** | |
| Plaintiff, | Case No. 06 C 50178 |
| vs. | |
| **Woodward Governor Company,** | Judge Philip Reinhard |
| Defendant. | Magistrate Judge<br>P. Michael Mahoney |

**ORDER APPROVING CONSENT DECREE, APPROVING THE FAIRNESS OF THE SETTLEMENT UNDER F.R.C.P. 23, APPROVING THE AMOUNTS DISTRIBUTED TO CLASS MEMBERS, APPROVING THE ARBITRATED DETERMINATION OF ATTORNEY'S FEES AND DIRECTING THAT THE PROVISIONS OF THE CONSENT DECREE SHALL BECOME EFFECTIVE**

The Court, having reviewed the parties' Agreed Motion For a Final Order Approving the Consent Decree ("Agreed Motion"), having reviewed the supporting memoranda and exhibits submitted by the parties, and having conducted a hearing (after notice) on February 16, 2007 at 1:30 p.m. to consider all of the matters in issue, hereby makes the following Findings of Fact and Conclusions of Law, and enters the following Order:

A. The Court has jurisdiction over the parties and subject matter of this litigation. Venue is proper in this District.

B. The Court hereby finds that the settlement embodied in the Consent Decree filed October 5, 2006 is fair, reasonable and adequate, and specifically determines that approval of the Consent Decree is warranted upon consideration of the following factors: (1) the strength of the plaintiffs' case compared to the amount of the defendant's settlement offer; (2) the likely complexity, length and expense of the litigation; (3) the absence of any opposition to the fairness of the settlement among affected parties; (4) the opinion of competent counsel for the parties; and (5) the state of proceedings and the amount of discovery completed at the time of the settlement.

C. The Court finds that the notices to class members, claims procedures and claims processes satisfy the requirements of due process and, as to members of the Bell classes certified under Fed.R.Civ.P. 23, comport with the provisions of Rule 23. See Consent Decree, Ex. 2 to Agreed Motion.

D. The Court finds that the parties and claims administrator have carried out the notice and claims procedures in accord with the provisions specified in the Consent Decree.

E. The Court hereby denies the timely objections to monetary awards and approves the tentative distribution of awards to minority class members (as adjusted in Paragraph 13 of the Agreed Motion) and gender class members (see Agreed Motion Ex. 4, F1, as revised, attached, and Agreed Motion Ex. 4, F2, attached), and directs that payment be made as provided to Linda Tipton and that the award of Duangchai Sananisai be made payable to him directly.

F. The Court hereby approves the award of attorney's fees to plaintiffs' counsel as determined at the arbitration held January 29, 2007 and January 30, 2007 before Max Brittain, Esq., in Chicago, Illinois. The amount of said attorney's fees related to prosecution of the merits of this case totals $3,880,000.00. In accord with Section XIV of the Consent Decree, the Court hereby authorizes the award by Mr. Brittain of additional amounts of fees and expenses related to work subsequent to the Preliminary Fairness Hearing of $168,225.14. The parties will submit Mr.

Brittain's determination as to attorneys' fees and expenses for pursuing plaintiffs' fees to the Court as soon as delivered by Mr. Brittain. The Court will receive a proposed Order for approval of these additional fees, but this will not affect the finality of any of the matters addressed herein.

G. The Court directs that, upon entry of this Order, the provisions of the Consent Decree shall become effective as specified therein.

H. The Court hereby retains jurisdiction over the parties and subject matter of this case for the purpose of entering all orders authorized under the Consent Decree that may be necessary to implement the relief provided therein.

ENTER:

Philip G. Reinhard

Judge Philip Reinhard

Date: February 16, 2007

Revised Minority Class Awards

| Last Name | First Name | Original Monetary Award | Redistributed Amount | Revised Monetary Award |
|---|---|---|---|---|
| AGUILAR | JUAN ANTONIO | $10,000.00 | $20.49 | $10,020.49 |
| AHAMMAD | MD MONJUR | $2,000.00 | $20.49 | $2,020.49 |
| ALBER | LEANNE ELIZABETH | $3,000.00 | $20.49 | $3,020.49 |
| ALEXANDER | JAMES A | $3,000.00 | $20.49 | $3,020.49 |
| ANTHONY | CLARA MAE | $12,500.00 | $20.49 | $12,520.49 |
| AVANT JR | VAN D | $60,000.00 | $20.49 | $60,020.49 |
| BAI | KWANG S | $8,000.00 | $20.49 | $8,020.49 |
| BATES | DAVID DANIEL | $1,000.00 | $20.49 | $1,020.49 |
| BATES | LARRY MAURICE | $60,000.00 | $20.49 | $60,020.49 |
| BELL | DEMETRIC TYRONE | $75,000.00 | $20.49 | $75,020.49 |
| BELMAN | ANTHONY M | $17,500.00 | $20.49 | $17,520.49 |
| BERRY | MARILYN L | $60,000.00 | $20.49 | $60,020.49 |
| BLACK | SHEILA L. | $1,000.00 | $20.49 | $1,020.49 |
| BOYD | GERALDINE | $1,000.00 | $20.49 | $1,020.49 |
| BROWN | CATHERINE | $100,000.00 | $20.49 | $100,020.49 |
| BUCHANAN | KIMBERLY SHAWNETTE | $70,000.00 | $20.49 | $70,020.49 |
| CARMONA | GILBERTO D. | $15,000.00 | $20.49 | $15,020.49 |
| CATES | BOBBY JOE | $30,000.00 | $20.49 | $30,020.49 |
| CHAVEZ | LUSIA | $4,000.00 | $20.49 | $4,020.49 |
| CHRISTOPHER | DEREK T | $20,000.00 | $20.49 | $20,020.49 |
| CORREA | FRANCISCO | $3,000.00 | $20.49 | $3,020.49 |
| CRUZ | ATANACIO A | $2,000.00 | $20.49 | $2,020.49 |
| DAVIS | KEVIN EDWARD | $3,000.00 | $20.49 | $3,020.49 |
| DO | ANH N. | $500.00 | $20.49 | $520.49 |
| DO | JOSEPH DUC | $10,000.00 | $20.49 | $10,020.49 |
| DOCK | JEFF L. | $1,000.00 | $20.49 | $1,020.49 |
| ELEAZAR | FRANCIS EDMUND F | $1,000.00 | $20.49 | $1,020.49 |
| ELLIS | HERSHEY M | $45,000.00 | $20.49 | $45,020.49 |
| ESPINOZA | JESUS ORLANDO | $1,000.00 | $20.49 | $1,020.49 |
| FIELDS | CAROL L. | $2,500.00 | $20.49 | $2,520.49 |
| FOBBS | DELLA D | $40,000.00 | $20.49 | $40,020.49 |
| FORD | GREGORY ALLEN | $30,000.00 | $20.49 | $30,020.49 |
| GARCIA | ANTONIO AVILA | $10,000.00 | $20.49 | $10,020.49 |
| GIBSON | MICHELLE LATRICE | $1,000.00 | $20.49 | $1,020.49 |
| GONZALEZ | GILBERTO | $80,000.00 | $20.49 | $80,020.49 |
| GREEN | LINDA FRANCENE | $35,000.00 | $20.49 | $35,020.49 |

Revised Minority Class Awards

| | | | | |
|---|---|---|---|---|
| HANSERD | CEDRIC A. | $15,000.00 | $20.49 | $15,020.49 |
| HANSERD | DARLA LATRESE | $15,000.00 | $20.49 | $15,020.49 |
| HANSERD | CHARLES LAMONT | $15,000.00 | $20.49 | $15,020.49 |
| HAWKINS | CHASE D | $1,000.00 | $20.49 | $1,020.49 |
| HODGES | SHELLY MONIQUE | $9,000.00 | $20.49 | $9,020.49 |
| HODGES | ANTWAN LEE | $60,000.00 | $20.49 | $60,020.49 |
| HORTON, JR. | JAMES W. | $1,000.00 | $20.49 | $1,020.49 |
| JACKSON | MICKEY | $5,000.00 | $20.49 | $5,020.49 |
| JOHNSON | JACQULINE RENEICE | $7,500.00 | $20.49 | $7,520.49 |
| LE | LUA DUONG | $7,500.00 | $20.49 | $7,520.49 |
| LINK | TIMMY ARNETT | $110,000.00 | $20.49 | $110,020.49 |
| LLOYD | ANTHONY L. | $2,000.00 | $20.49 | $2,020.49 |
| LOCKE | PAULA N. | $1,000.00 | $20.49 | $1,020.49 |
| LOPEZ SR | GONZALO PATRICIO | $5,000.00 | $20.49 | $5,020.49 |
| LOZANO JR | RICARDO | $12,500.00 | $20.49 | $12,520.49 |
| LUNA | GREGORY ALLAN | $3,000.00 | $20.49 | $3,020.49 |
| MACK | LIONEL BRUCE | $1,000.00 | $20.49 | $1,020.49 |
| MALYVANH | PHONESAVANH | $1,000.00 | $20.49 | $1,020.49 |
| MANNING | EDDIE LUKASKI | $90,000.00 | $20.49 | $90,020.49 |
| MARSHALL | DETROY | $60,000.00 | $20.49 | $60,020.49 |
| MARTIN | MARIA TERESA | $6,000.00 | $20.49 | $6,020.49 |
| MARTIN | JERIAL ANTHONY | $1,000.00 | $20.49 | $1,020.49 |
| MARTINEZ JR. | FERNANDO | $2,000.00 | $20.49 | $2,020.49 |
| MATLOCK | RONALD DEAN | $35,000.00 | $20.49 | $35,020.49 |
| MICHAELIS | LINDA MICHELE | $20,000.00 | $20.49 | $20,020.49 |
| MONTANEZ | CARMEN VICTORIA | $15,000.00 | $20.49 | $15,020.49 |
| NACHAMPASSACK | KIM | $15,000.00 | $20.49 | $15,020.49 |
| NGUYEN | THANG DUC | $2,000.00 | $20.49 | $2,020.49 |
| NIMSOMBOON | NISAKORN | $3,000.00 | $20.49 | $3,020.49 |
| NOLAND | SHERRY LYN | $12,500.00 | $20.49 | $12,520.49 |
| PALMA | SANDRA P. | $5,000.00 | $20.49 | $5,020.49 |
| PARK | NANCY S | $3,500.00 | $20.49 | $3,520.49 |
| PARK | JASON C | $10,000.00 | $20.49 | $10,020.49 |
| PARK | MIN SUN | $10,000.00 | $20.49 | $10,020.49 |
| PARK | STEVEN S | $4,000.00 | $20.49 | $4,020.49 |
| PARKS | DUANE | $60,000.00 | $20.49 | $60,020.49 |
| PATEL | RAMESHCHANDRA | $10,000.00 | $20.49 | $10,020.49 |

| | | | | | |
|---|---|---|---|---|---|
| PENA | BEVERLY INNEZ | | $2,000.00 | $20.49 | $2,020.49 |
| PEREZ | GENARO | | $15,000.00 | $20.49 | $15,020.49 |
| PHOMMACHANH | BONNY NEE | | $1,000.00 | $20.49 | $1,020.49 |
| PIERCE | MATTHEW EDWARD | | $3,000.00 | $20.49 | $3,020.49 |
| POLK | JOYCE MARIE | | $40,000.00 | $20.49 | $40,020.49 |
| POST | DIXIE MARIE | | $12,500.00 | $20.49 | $12,520.49 |
| PURIFOY | KENEVEL ANDRE | | $3,000.00 | $20.49 | $3,020.49 |
| RAMIREZ | BRAULIO C | | $1,000.00 | $20.49 | $1,020.49 |
| RAMOS | BERNIE FRANCISCO | | $25,000.00 | $20.49 | $25,020.49 |
| REYES | ZEFERINO | | $25,000.00 | $20.49 | $25,020.49 |
| RILEY | BRENDA JOYCE | | $50,000.00 | $20.49 | $50,020.49 |
| RIVERA | JOHNNY L | | $25,000.00 | $20.49 | $25,020.49 |
| ROBINSON SR. | LESLIE CARL | | $20,000.00 | $20.49 | $20,020.49 |
| ROBY | TERRY LYNN | | $25,000.00 | $20.49 | $25,020.49 |
| RODRIGUEZ JR. | VICENTE | | $3,000.00 | $20.49 | $3,020.49 |
| ROMAN | FLORENTINA M. | | $1,500.00 | $20.49 | $1,520.49 |
| ROMERO JR | ALPHONSUS R | | $2,000.00 | $20.49 | $2,020.49 |
| ROYAL | DARNEL MAURICE | | $50,000.00 | $20.49 | $50,020.49 |
| SAENGCHANH | BOUNCHANH | | $10,000.00 | $20.49 | $10,020.49 |
| SALGADO | EMILIO S | | $7,500.00 | $20.49 | $7,520.49 |
| SALLIS | ROBIN LYNN | | $70,000.00 | $20.49 | $70,020.49 |
| SANANISAI | DUANGCHAI | | $3,000.00 | $20.49 | $3,020.49 |
| SANANYSAY | DOUANGCHANH | | $5,000.00 | $20.49 | $5,020.49 |
| SANDERS | VELMA JEAN | | $40,000.00 | $20.49 | $40,020.49 |
| SASNASOPA | SHUMPOL | | $3,000.00 | $20.49 | $3,020.49 |
| SATI | PANG | | $25,000.00 | $20.49 | $25,020.49 |
| SHARP | JACQUELINE M | | $7,500.00 | $20.49 | $7,520.49 |
| SMITH | BARBARA | | $50,000.00 | $20.49 | $50,020.49 |
| SPEARS | CHONG HUI | | $7,500.00 | $20.49 | $7,520.49 |
| TAYLOR SR. | GREGORY LAVELLE | | $25,000.00 | $20.49 | $25,020.49 |
| THAMMARATH | OUN HEUANE | | $1,000.00 | $20.49 | $1,020.49 |
| THAMMAVONGSA | BOUNLEUA | | $12,500.00 | $20.49 | $12,520.49 |
| TRAN | LONG M | | $1,000.00 | $20.49 | $1,020.49 |
| TRIPLETT | ANTHONY R | | $85,000.00 | $20.49 | $85,020.49 |
| VANG | NAO YIA | | $5,000.00 | $20.49 | $5,020.49 |
| VARGAS | JOSE LUIS | | $45,000.00 | $20.49 | $45,020.49 |
| VIRGEN | RUTH | | $12,500.00 | $20.49 | $12,520.49 |

| | | | | |
|---|---|---|---|---|
| VONGVANITH | SOMKITH | $7,500.00 | $20.49 | $7,520.49 |
| WALKER | PAUL ALLEN | $1,000.00 | $20.49 | $1,020.49 |
| WALKER-JONES | SACHELLE M. | $500.00 | $20.49 | $520.49 |
| WALLACE | DOROTHY LEE | $40,000.00 | $20.49 | $40,020.49 |
| WARE | JAY BRADLEY | $60,000.00 | $20.49 | $60,020.49 |
| WATKINS | ALLEN T. | $1,000.00 | $20.49 | $1,020.49 |
| WILKINS | JANET | $70,000.00 | $20.49 | $70,020.49 |
| WILLIAMS | BRICE DERRICK | $6,000.00 | $20.49 | $6,020.49 |
| WILLIAMS | SHAWN | $2,000.00 | $20.49 | $2,020.49 |
| WRIGHT | LECIE MAE | $30,000.00 | $20.49 | $30,020.49 |
| YI | JUN JI | $4,000.00 | $20.49 | $4,020.49 |
| YUN | HAE JOUNG | $2,500.00 | $20.49 | $2,520.49 |

Female Class Member Distribution List

| Last Name | First Name | Award Amount |
|---|---|---|
| AKINS | VICKI K | $10,000.00 |
| ALBER | LEANNE ELIZABETH | $1,000.00 |
| ALLEN | DIANE KAY | $12,500.00 |
| AMBORN | BRENDA LOUISE | $2,000.00 |
| ANDERSON | DEBRA ANN | $7,500.00 |
| ANDERSON | DENISE LOUISE | $4,000.00 |
| ANTHONY | CLARA MAE | $5,000.00 |
| ARNESEN | MARY CHRIS | $1,000.00 |
| ARTZ | SHARON LEE | $20,000.00 |
| AUSTIN | CAROLYN DIANE | $15,000.00 |
| BANTNER | JENNIFER LYNN | $1,000.00 |
| BARTELS | CONSTANCE (CONNIE) JEAN | $2,000.00 |
| BEHNKE | SANDRA CAROL | $45,000.00 |
| BERGQUIST | MELISSA MAE | $8,000.00 |
| BERRY | MARILYN L | $25,000.00 |
| BIRD | KELLEEN JEAN | $3,000.00 |
| BISHOP | PHYLLIS J. | $12,500.00 |
| BLACK | SHEILA LATRICE | $500.00 |
| BLOYER | PATRICIA J | $10,000.00 |
| BLUM | TERESA LYNN | $1,500.00 |
| BOURGEOIS | CAROL JEAN | $2,500.00 |
| BOWMAN | NANCY LEA | $5,000.00 |
| BOYD | GERALDINE | $1,000.00 |
| BOZARTH | TERRI ANN | $8,000.00 |
| BRINKER | NETTIE T | $1,000.00 |
| BROUGHTON | PAMELA MICHELLE | $12,500.00 |
| BROWN | CATHERINE | $10,000.00 |
| BRZOSTEK | SHARON P | $5,000.00 |
| BRZOSTEK | SHERI LYN | $5,000.00 |
| BUCHANAN | KIMBERLY SHAWNETTE | $20,000.00 |
| BUCKETT | CARRIE LYNN | $15,000.00 |
| BULLOCK | JILL M | $27,500.00 |
| CAMPBELL | CAROLYN JEAN | $3,000.00 |
| CARLSON | CYNTHIA L | $2,000.00 |
| CARLSON | PATRICE RENEE | $12,500.00 |
| CARTER | DELORES ANN | $1,000.00 |
| CARTER | LINDA C | $10,000.00 |
| CARTER | NANCY JEAN | $20,000.00 |
| CASH | PENNY LYNNE | $7,500.00 |
| CASSARO | LYNETTE P | $2,500.00 |
| CASTLE | CYNTHIA MARIE | $12,500.00 |
| CLARK | JULIE A. WOOD | $1,000.00 |
| CLOSE | MARY PATRICIA | $7,500.00 |
| CONTRERAS | IRMA | $5,000.00 |
| COOK | LOREEN DIANE | $15,000.00 |

| Last Name | First Name | Award Amount |
|---|---|---|
| CORRIGAN | LYNETTE CAROLYN | $12,500.00 |
| CRAWFORD | MELODY LYNNE | $1,000.00 |
| CROCKER | LINDA E | $10,000.00 |
| DENNIS | JEAN M | $7,500.00 |
| DENSCH | MARY ELIZABETH | $8,000.00 |
| DO | ANH N. | $500.00 |
| DRAFTS | WANDA M. | $2,000.00 |
| EARNEST | THERESA LYNN | $5,000.00 |
| EDMONDSON | NOREEN LYNN | $75,000.00 |
| EKERN | VICKI THERESE | $27,500.00 |
| ELLIOTT | DEBORAH MAE | $7,500.00 |
| ENGELSEN | RENEE S | $27,500.00 |
| EVANS | CYNTHIA LYNN | $1,500.00 |
| FELTZ | JANET MARIE | $7,500.00 |
| FIELDS | CAROL L. | $2,500.00 |
| FIER | JULIE KAY | $10,000.00 |
| FOBBS | DELLA D | $5,000.00 |
| FRAZIER | DIANE S | $7,500.00 |
| FRY | DEBORAH LAU | $7,500.00 |
| FULTZ | DEANN MARIE | $27,500.00 |
| FULTZ | PAMELLA MARIE | $3,000.00 |
| GEERTS | ELAINE FERN | $3,000.00 |
| GEREN | ANN LOUSE | $5,000.00 |
| GIBSON | ANDREA CARRIE | $2,000.00 |
| GIGLIO | CORRINE ANN | $1,000.00 |
| GIPE | KIMMY MARIE | $12,500.00 |
| GLOYD | BARBARA JEAN | $7,500.00 |
| GOODE | SHARON ELAINE | $15,000.00 |
| GRABOWSKI | MARZENA HENRYKA | $7,500.00 |
| GRAHAM | DEBRA L. | $3,000.00 |
| GREEN | LINDA FRANCENE | $15,000.00 |
| HAGE | SHIRLEY DIANE | $7,500.00 |
| HAGGESTAD | KATIE A | $3,000.00 |
| HANEY | MARY JO | $2,000.00 |
| HANSEN | KATHLEEN JO | $5,000.00 |
| HARRIS | JENNIFER C | $5,000.00 |
| HAVENS | SHERRY SUE | $5,000.00 |
| HEATHSCOTT | SHANNON M. | $1,000.00 |
| HERMANN | RONDA JEAN | $15,000.00 |
| HILTON | JEANINE ANNETTE | $1,000.00 |
| HOGUE | PHYLLIS ANN | $10,000.00 |
| HOLLENBERGER | WENDY J | $5,000.00 |
| HOLT | LINDA GALE | $20,000.00 |
| HOPPERSTAD | LISA ROSE | $10,000.00 |
| HOSKINS | SARA D | $3,000.00 |
| HOWE | JOHNNA FAY | $1,500.00 |
| HUFFMAN | JUDITH ANN | $30,000.00 |

| LastName | First Name | Award Amount |
|---|---|---|
| HUHSMAN | TINA L | $1,000.00 |
| HUMMER | JOANNE WINN | $3,000.00 |
| HUNTER | VALORIE LYNN | $30,000.00 |
| JANSSEN | PAULETTE LYNN | $1,000.00 |
| JOGERST | JODI LYNETTE | $6,000.00 |
| JOHNSON | BARBARA LYNN | $40,000.00 |
| JOHNSON | JACQULINE RENEICE | $7,500.00 |
| JOHNSON | NANCY KAY | $25,000.00 |
| JOHNSON | PAMELA | $27,500.00 |
| JOHNSON | VICKY JOAN | $3,000.00 |
| JONES | CHRISTY ANN | $10,000.00 |
| JORDAN | PAMELA LYNN | $27,500.00 |
| KAHLY | TONYA SUE | $75,000.00 |
| KASTEN | FAITH ELIZABETH | $7,000.00 |
| KELLY | ROBERTA CARLEANE | $7,500.00 |
| KERN | LISA ANNE | $1,000.00 |
| KIDD | SUSAN ELIZABETH | $1,500.00 |
| KIESLING | KRISTEEN EILEEN | $12,500.00 |
| KINDER | JENNIFER MARIE | $6,000.00 |
| KINSMAN | MARY ELLEN | $15,000.00 |
| KOSINSKI | GRAZYNA | $15,000.00 |
| KURTH | AMEE MARIE | $2,000.00 |
| LARRISON | CHARLOTTE ANN | $8,000.00 |
| LARSON | PHOEBE ANN | $27,500.00 |
| LE | LUA DUONG | $7,500.00 |
| LENZENDORF | ANNE MARIE | $20,000.00 |
| LEONHARD | CANDY LYNN | $10,000.00 |
| LEWIS | CORAL LEE | $3,000.00 |
| LIKE | LORI ANN | $1,000.00 |
| LIVINGSTON | BONITA JEANNE | $10,000.00 |
| LOCKE | PAULA N. | $1,000.00 |
| MALYVANH | PHONESAVANH | $500.00 |
| MANNING | CAROL J | $2,000.00 |
| MARSH | ELLEN I | $10,000.00 |
| MARSHALL | DEBRA DIANE | $100,000.00 |
| MARTIN | BARBARA J | $5,000.00 |
| MARTIN | MARIA TERESA | $6,000.00 |
| MASIEWICZ | JOLANTA | $10,000.00 |
| MCCABE | SALLY JEAN | $100,000.00 |
| MEDINA | JOY M | $2,500.00 |
| MEREDITH | MICHELLE BARBARA | $25,000.00 |
| MERRIOTT | TONYA M | $27,500.00 |
| MESECK | KATHY L. | $2,000.00 |
| MICHAELIS | LINDA MICHELE | $20,000.00 |
| MICINSKI | ANN M | $27,500.00 |
| MILLAR | KAREN LOUISE | $3,000.00 |
| MOIST | LOLA MARIE | $15,000.00 |

| Last Name | First Name | Award Amount |
|---|---|---|
| MONTANEZ | CARMEN VICTORIA | $15,000.00 |
| MORRIS | DEBORAH KAY | $10,000.00 |
| MORRISSEY | CHRISTINA GRANGER | $1,000.00 |
| MOSHER | ALEXIS RAE | $4,000.00 |
| NACHAMPASSACK | KIM | $15,000.00 |
| NASON | MICHELLE A | $35,000.00 |
| NELSON | BONNIE M | $5,000.00 |
| NELSON | CYNTHIA JANE | $5,000.00 |
| NEWMAN | MARLA ELAINE | $20,000.00 |
| NIMOCKS | LORI ARLENE | $8,000.00 |
| NOLAND | SHERRY LYN | $12,500.00 |
| NORTCH | CAROL RUTH | $5,000.00 |
| OLMSTEAD | DEBBIE J | $12,500.00 |
| OSBERG | CHRISTINE MARIE | $6,000.00 |
| OVERTURF | SHARON ANN | $8,500.00 |
| PANKONIN | PENNY SUE | $3,000.00 |
| PARK | NANCY S | $3,500.00 |
| PENNEWELL | CYNTHIA LYNN | $5,000.00 |
| PETERSON | CAROL JEAN | $20,000.00 |
| PETERSON | JANE | $12,500.00 |
| PETERSON | JUDY MAY | $3,000.00 |
| PETITT | LINDA JEAN | $10,000.00 |
| PHILLIPS | PATRICIA LYNN | $1,000.00 |
| PIERCE | RONDA RAE | $10,000.00 |
| PODGORNY | DANUTA T | $10,000.00 |
| POLK | JOYCE MARIE | $20,000.00 |
| RALSTON | GLORIA JEAN | $10,000.00 |
| RAMSEY | ANASTACIA LYNN | $1,000.00 |
| RAUM | LAUREL (LAURIE) SUE | $3,000.00 |
| REED | SHANNON MARIE | $5,000.00 |
| REINART | JOLENE ANNE | $8,000.00 |
| RHODES | SHERYL ANN | $6,000.00 |
| RILEY | BRENDA JOYCE | $20,000.00 |
| ROSS | PATRICIA J | $7,000.00 |
| ROUSH | LINDA S | $15,000.00 |
| SALLIS | ROBIN LYNN | $40,000.00 |
| SANDERS | VELMA JEAN | $10,000.00 |
| SCACE | FAWN RANEE | $3,000.00 |
| SCHAID | WALTRAUD (TRUDY) | $5,000.00 |
| SCHMIDT | KAY K | $15,000.00 |
| SCHOENHARD | MARY LOU | $3,000.00 |
| SCHOEPSKI | TERESA C | $10,000.00 |
| SCHUSLER | SYLVIA MARIE | $2,000.00 |
| SEEBER | TALITHA ANNE | $12,500.00 |
| SENNETT | JOANNA MARIE | $3,000.00 |
| SERVIN | ERIN RAY | $2,000.00 |
| SHAW | SALLY A | $3,000.00 |

| Last Name | First Name | Award Amount |
|---|---|---|
| SIMOENS | REBECCA J | $7,500.00 |
| SLATTERY | JOANNA M | $5,000.00 |
| SMITH | BARBARA | $30,000.00 |
| SORENSON | HEATHER ANN | $2,000.00 |
| SPIELMAN | LAUREEN A. | $7,500.00 |
| SPRINGER | SANDY KAY | $2,000.00 |
| STEFFEY | IM SUN | $5,000.00 |
| STORY | MELANIE L | $8,000.00 |
| STRASSER | THELMA M. | $8,000.00 |
| STUCKEY | ANGELIQUE | $27,500.00 |
| SWANBORG | LEAH KAY | $5,000.00 |
| SWEET | ELIZABETH MARIE | $2,000.00 |
| TANNER | CAROL A | $3,000.00 |
| THURMAN | PEGGY ANN | $100,000.00 |
| TILLMON | DANITA LYNN | $30,000.00 |
| TIPTON | LINDA ANN | $10,000.00 |
| TOLAND | APRIL MAE MARIE | $2,000.00 |
| TURNBULL | PAULA SUE | $8,500.00 |
| VAN DYKE | CHRISTINE BETH | $2,000.00 |
| VIRGEN | RUTH | $15,000.00 |
| VOSS | JANET S | $27,500.00 |
| WAGNER | MARY LOU | $5,000.00 |
| WALKER | TRACI KRISTINE | $1,000.00 |
| WALKER-JONES | SACHELLE M. | $500.00 |
| WALLACE | DOROTHY LEE | $10,000.00 |
| WARKOCKI | DANUTA | $7,500.00 |
| WARNE | KAREN A | $12,500.00 |
| WAWIORKO | ELIZABETH | $30,000.00 |
| WELCH | TERRY LYNN | $1,000.00 |
| WELLS | MARY ANN | $20,000.00 |
| WELLS | NICKOLE RENEE | $5,000.00 |
| WHITLEY | JANET L. | $10,000.00 |
| WILKINS | JANET | $40,000.00 |
| WILLIAMS | DEBORAH L. | $4,000.00 |
| WILLIAMS | SHANNON MARIE | $1,000.00 |
| WILLIAMS | SUSAN MARIE | $12,500.00 |
| WITZ | CATHY ANN | $10,000.00 |
| WOMAC | CINDY E | $2,000.00 |
| WONZER | PAMELA JEAN | $6,000.00 |
| WRIGHT | LECIE MAE | $10,000.00 |
| WRIGHT | PYONG N | $7,500.00 |
| YOUNG | KRISTI LYNN | $25,000.00 |
| ZAHN | PATRICIA E. | $5,000.00 |
| ZAMMUTO | JULIE ANNE | $5,000.00 |