# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
| **CASE NUMBER** | 03 C 50190<br>06 C 50178 | **DATE** | 4/3/2007 |
| **CASE TITLE** | Bell vs. Woodward Governor | | |

**DOCKET ENTRY TEXT:**

Enter agreed order concerning supplemental award by fee arbitrator. The court approves the supplemental award of the arbitrator of plaintiffs' attorneys fees and costs in the amount of $281,264.00.

Philip G. Reinhard

Notices mailed by Judicial staff.

| | |
|---|---|
| Courtroom Deputy Initials: | smw |